UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1-02-CR-104-TS |
| | ) | |
| JOSEPH ALLEN DERRICK | ) | |

**OPINION and ORDER**

Before the Court is the Defendant's Motion for Clarification [DE 176], filed May 14, 2008. The Defendant seeks clarification regarding the Court's prior order reducing the Defendant's sentence under the amended, retroactive crack cocaine advisory Sentencing Guidelines. In the alternative, the Defendant seeks an amended order.

The Court being duly advised now GRANTS the Defendant's Motion and AMENDS its prior order reducing the Defendant's sentence. Specifically, the Court notes that the Defendant's reduced sentence of 87 months is the term of imprisonment he is serving for both criminal counts, which were grouped for purposes of calculating his advisory guideline range. The Court originally sentenced the Defendant to two terms of 108 months imprisonment to be served concurrently. Therefore, the Defendant's reduced total sentence is now 87 months.

The Clerk is DIRECTED to send a certified copy of this order to warden of the facility where the Defendant is imprisoned and to the Bureau of Prisons.

So ORDERED on May 15, 2008.

    s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT